IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01598-BNB

KEVIN OBERT,
    Plaintiff,

v.

PEOPLE OF COLORADO,
    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 1 6 2008

GREGORY C. LANGHAM
            CLERK

## ORDER OF DISMISSAL

Plaintiff Kevin Obert initiated this action by filing *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. In an order filed on July 29, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Obert to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Obert to file a Prisoner Complaint and to submit a certified copy of his inmate trust fund account statement in support of the motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Obert was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On August 21, 2008, Mr. Obert submitted a letter to the Court asking for an extension of time to cure the deficiencies. Attached to the letter was a certified copy of Mr. Obert's inmate trust fund account statement. On September 2, 2008, Magistrate Judge Boland entered a minute order granting Mr. Obert an additional thirty days to cure the remaining deficiency by filing a Prisoner Complaint.

Mr. Obert has failed to file a Prisoner Complaint within the time allowed as directed. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure the deficiencies. It is

FURTHER ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 filed on July 22, 2008, is denied as moot.

DATED at Denver, Colorado, this 15 day of Oct., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01598-BNB

Kevin Obert
Prisoner No. 125527
Fremont Correctional Facility
PO Box 999 - Unit 8
Cañon City, CO 81215- 0999

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/16/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk